# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MARTHA A TRELLO | | |
| **Case Number:** | 2:08-BK-09280-RTB | **Chapter:** | 13 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 12, 2009 02:30 PM   7TH FLOOR #703 | | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | | |
| **Courtroom Clerk:** | LORRAINE DAVIS | | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | | |

## *Matter:*

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MERS AS NOMINEE FOR COUNTRYWIDE FINANCIAL

**R / M #:**   30 / 0

## *Appearances:*

DARRELL DORSEY, ATTORNEY FOR COUNTRYWIDE

## *Proceedings:*

Mr. Dorsey has had no communication with debtors counsel. He reviews the details of the motion and advises the court the loan modification has been denied. He urges the court to grant stay relief.

COURT: IT IS ORDERED granting the motion on the condition that counsel confirms there is no loan modification
pending.