**SO ORDERED.**

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: September 03, 2009



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-18044/151530339

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Martha A. Trello<br>      Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans Servicing LP, it's successors and/or assigns<br>      Movant,<br>vs.<br><br>Martha A. Trello, Debtors; Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:08-bk-09280-RTB<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 30)<br><br>RE: Real Property located at<br>567 North Alma School Road<br>Mesa, AZ 85201 |

This matter having come before the Court for a Preliminary Hearing on August 12, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Harold E. Campbell, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

1  real property which is subject of a Deed of Trust dated October 5, 2006, and recorded on , in the office of

2  the Maricopa County Recorder at   wherein Mortgage Electronic Registration Systems, Inc., as nominee

3  for Countrywide Home Loans Servicing LP, it's successors and/or assigns is the current beneficiary and

4  Martha A. Trello have an interest in, further described as:

   A portion of the Southwest Quarter of Section 16, Township 1 North, Range 5 East, Gila and
Salt River Base and Meridian, Maricopa County, Arizona, more particularly described as
follows: Commencing at the Southwest corner of said Section 16;
Thence North 01 degrees 44 minutes 10 seconds East, along the West line of said Section 16,
1365.60 feet, to a point which bears South 01 degrees 44 minutes 10 seconds West, 100.00 feet
from the Northwest corner of an exception as shown on the plat of Emerson Manor, as recorded
in Book 59 of Maps, Page 20, Maricopa County Records, Arizona;
Thence South 88 degrees 58 minutes 52 seconds East 40.01 feet to a point on the East Right-of-Way
line for Alma School Road, said point being the TRUE POINT OF BEGINNING;
Thence continuing South 89 degrees 59 minutes 52 seconds East, 168.00 feet;
Thence South 01 degrees 44 minutes 10 seconds West, 146.24 feet;
Thence North 89 degrees 59 minutes 52 seconds West, 10.00 feet; .
Thence North 01 degrees 44 minutes 10 seconds East 18.50 feet;
Thence North 89 degrees 13 minutes 32 seconds West, 157.95 feet, to a point on the said East
Right-of-Way line for Alma School Rd;
Thence along the East Right-of-Way line, North 01 degrees 44 minutes 10 seconds East, 125.61
feet to the TRUE POINT OF BEGINNING.
Except that portion deeded to City of Mesa in Deed recorded in Document 94-756276

   IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S.

Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to

another chapter under the U.S. Bankruptcy Code.

   DATED this ____ day of _____, 2008.


                                          _____
                                          JUDGE OF THE U.S. BANKRUPTCY COURT